# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRI PEREA,** | ) | **Case No.: EDCV 13-0119 DOC(ANx)** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **JUDGMENT OF DISMISSAL** |
| **WALGREEN COMPANY, et al.,** | ) | |
| **Defendants,** | ) | |

Pursuant to the Court's Order Denying Request to Enter Judgment of Dismissal Without Prejudice, the Court hereby DISMISSES Plaintiff's complaint WITH PREJUDICE.

SO ORDERED.

DATED:  June 4, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE